PREET BHARARA
United States Attorney for the
Southern District of New York
By: SUSAN C. BRANAGAN
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York 10007
Tel. (212) 637-2804
Fax. (212) 637-2750

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FI
DOC #:_____
DATE FILED: MAY 2 9 2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEAN MADELEINE KARMILLER,

                Plaintiff,

v.

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

                Defendant.

STIPULATION AND ORDER
OF REMAND

13 Civ. 7099 (KBF)

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the defendant and the plaintiff, at this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative

proceedings. The Clerk is directed to enter judgment. See Shalala v. Schaefer, 509 U.S. 292 (1993).

Dated: New York, New York
May 27, 2014

                      INSLER & HERMANN, LLP
                      Attorneys for Plaintiff

                      GIDEON JACOB MILLER, ESQ.
                      560 White Plains Road, Suite 630
                      Tarrytown, New York 10591
                      Tel: (914) 286-3030

                      PREET BHARARA
                      United States Attorney
                      Southern District of New York
                      Attorney for Defendant

By:   SUSAN C. BRANAGAN
                      Assistant United States Attorney
                      86 Chambers Street - 3rd Floor
                      New York, New York 10007
                      Tel: (212) 637-2804
                      Susan.Branagan@usdoj.gov

SO ORDERED:

UNITED STATES DISTRICT JUDGE   5/28/14